

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00236-CR

Kevin Leland **DAVIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10897
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 25, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice